# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. SIDOTI, | CASE NO. 5:16-CV-02147-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, | |
| Commissioner of Social Security, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: July 11, 2017

STEVE KIM
U.S. MAGISTRATE JUDGE